# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LODSYS GROUP, LLC, | CIVIL ACTION NO. 2:13-cv-00249-JRG |
| Plaintiff, | |
| v. | |
| GAMEVIL USA, INC., | |
| Defendant. | |

## DEFENDANT GAMEVIL USA, INC.'S DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38(b), and in compliance with Local Rule CV-38(a), Defendant GAMEVIL USA, INC. ("GAMEVIL") hereby asserts its right to a trial by jury on all issues so triable.

Dated: June 13, 2013            Respectfully submitted,

By: */s/ Eric H. Findlay*
Eric H. Findlay
State Bar No. 00789886
Michael D. Findlay
State Bar No. 24077855
**Findlay Craft LLP**
6760 Old Jacksonville Highway, Suite 101
Tyler, Texas 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
Email: efindlay@findlaycraft.com

**Attorney for Defendant GAMEVIL USA, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 13th day of June, 2013, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).

                                      */s/ Eric H. Findlay*
                                      Eric H. Findlay